IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50289
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEN CARTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-97-CR-205-ALL)

_____

January 14, 2000

Before POLITZ, GIBSON[*], and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

AFFIRMED.  See 5th Cir. R. 47.6.[**]

_____

[*]Circuit Judge of the Eighth Circuit, sitting by designation.

[**] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.